# COMPLAINT
(for non-prisoner filers without lawyers)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2020 FEB -4 P 1:06
CLERK OF COURT

(Full name of plaintiff(s))

Chay Vang

v.

(Full name of defendant(s))

Delaware North in Green Bay Sport service.

Case Number: 20-C-0172

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)
   __411 Saint Johns Street, Green Bay, WI 54301__
   (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Delaware North in Green Bay Sport Service__
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of __Wisconsin__
(State, if known)

and (if a person) resides at __1265 Lombardi Ave__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Delaware North in GreenBay Sportservice.__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

1) Delaware North of GreenBay Sportservice fired me for unlawful Termination at the work place, They did this action only to cover up their own mistakes.

2). Delaware North hired back a known criminal named Diyami White eagle, They fired him for his own faults and actions, Than they hired him twice back to hurt me and other people in the GreenBay Packer Stadium. They kept on hiring him back trying to cover things & illegals their mistakes.

3) It was on December 3, 2017. They knew he was a violent criminal, He tried to kill me in the freezer in the GreenBay Packer stadium at exactly on December 3, 2017

Complaint – 2

during the Packer and Tampa bay game. After the incident they fired me and hired him back on.

4). On the packer and Tampa bay game on December 3, 2017, He tried to kill me in the freezer for no reason at all. I just Defended my self for self Deffense. They denied my workers rights to explain myself and tell what really happened.

5). They hired Diyami white eagle back to cover up their Mistakes oy hiring all the bad criminals in there. They brought him back so many times to really hurt people/ co-workers.

6). My case belongs in a federal District Court because they violated my rights to speak and explain to the owner of Delaware North about the incident. The News and GB police dept. lied about what happened in the stadium so now it all over the world News and now I can't find a job. My public Defender, thrisa fritz, the judge of GB court Honorable Atkinson & Honaroasle Tommy To Hock have all the proof and paperwork for this case that I didn't start any of this incident. I have lost everything because of their illegal actions.

Complaint – 3

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

As a result of the unlawful termination I have suffered lost wages and humiliation. It was put on world news in which they put false statements on live T.V. without consulting me first. So Now I can find a job. My reputation and career is ruined without repairs. I would like them to pay back my lost wages for this damage and for his suffering and embarrassment.

E.  JURY DEMAND

   I want a jury to hear my case.

   ☒ – YES      ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __27__ day of __January__ 20__20__. *(Monday)*

   Respectfully Submitted,

   ___/s/ signature___
   Signature of Plaintiff

   __1 (920) 438 9725__
   Plaintiff's Telephone Number

   _____
   Plaintiff's Email Address

   __411 Saint John Street__
   __Green Bay, WI 54301__
   (Mailing Address of Plaintiff)

   (If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5